JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Manning Land Company, LLC et al.<br><br>  Debtors and<br>  Debtors-in-Possession. | Case No. 2:25-cv-03162-SB<br>Case No. 2:25-cv-03492-SB<br>Case No. 2:25-cv-03493-SB<br><br>Lead Bankruptcy Case<br>No. 2:24-bk-16757-VZ |
| Producers Livestock Marketing Association,<br><br>        Appellant,<br><br>v.<br><br>Manning Land Company, LLC, a California Limited Liability Company et al.<br><br>        Appellees. | **ORDER APPROVING STIPULATION TO DISMISS APPEALS**<br><br>[No Hearing]<br><br>Hon. Stanley Blumenfeld, Jr. |

1

1 | Having considered the Stipulation to Dismiss Appeals (Dkt. 37 in Case No. 2:25-cv-03162-SB) filed by Appellant Producers Livestock Marketing Association and Appellees Manning Land Company, LLC, Manning's Beef, LLC, ADD Enterprises, Inc., Charlie DiMaria & Son Inc., RNCK, Inc., and Salvatore Anthony DiMaria aka Salvatore A. DiMaria aka Salvatore DiMaria dba DiMaria Cattle,

IT IS ORDERED AS FOLLOWS:

1. The stipulation is APPROVED, and these appeals are DISMISSED as moot based on the dismissal of the bankruptcy cases and vacatur of the challenged orders.

2. The Parties shall bear their own fees and costs in connection with the Appeals.

Dated: November 4, 2025

                                                Stanley Blumenfeld, Jr.
                                                United States District Judge